**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RONALD WAYNE GUIDRY, | ) | NO. CV 09-262-GAF(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MATTHEW CATES, Secretary CDCR, et al., | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: June 16, 2009

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE